BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*
HOWARD WEINER**
*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CALIFORNIA AND NJ

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

November 21, 2019

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Menachem Abramov*, 17-cr-262

Dear Judge Schofield:

Defendant Menachem Abramov respectfully requests that this Court issue an Order granting him leave to proceed *in forma pauperis*. As set forth in the attached CJA-23 and my Affirmation, Defendant can no longer afford the costs associated with the pursuit of his appeal, including filing fees, transcript orders, and attorneys' fees.

Nevertheless, Defendant intends to claim errors in the pretrial, trial, and sentencing proceedings in this matter on appeal. However, without the transcripts, counsel cannot provide more detail with respect to the specific issues or the merits of those claims.

Therefore, I respectfully request that the Court grant Defendant's motion for leave to proceed *in forma pauperis*.

Respectfully submitted,
/s/ *Michael Bachner*
Michael F. Bachner

Based on Defendant Abramov's and his counsel's affidavits, the application to proceed in forma pauperis on appeal is GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 571.

Dated: December 16, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE