BACHNER & WEINER, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*
HOWARD WEINER**

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CALIFORNIA AND NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2020

January 13, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *U.S. v. Menachem Abramov, 17-cr-262 (LGS)*

Dear Judge Schofield:

I write to respectfully request an Order releasing Mr. Abramov's passports to his brothers, Moshe or Morduchay Abramov. Two passports (issued by the United States and Israel) were surrendered to Pretrial Services as a condition of Mr. Abramov's release. Mr. Abramov is currently in the custody of the Bureau of Prisons for the service of his sentence.

Respectfully submitted,

/s/Michael Bachner
Michael F. Bachner

Application GRANTED. The Clerk of the Court is directed to terminate the letter motion at docket number 583.

Dated: January 14, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE